# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRETT GERALD

NO. 2026 KW 0137

JUNE 1, 2026

---

In Re:    Brett Gerald, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 12-CR-410.

---

BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.

   WRIT DENIED.

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Haggerty, J., serving *pro tempore*, by special appointment of the Louisiana Supreme Court.